

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00406-CV

R. WAYNE JOHNSON                                                          APPELLANT

V.

STEPHEN MARSH                                                            APPELLEE

----------

## FROM THE 158TH DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant, who has been determined to be a vexatious litigant subject to a

pre-filing order under section 11.101(a) of the civil practice and remedies code,[2]

---

[1]*See* Tex. R. App. P. 47.4.

[2]We take judicial notice of the list maintained by the Office of Court Administration at http://www.txcourts.gov/oca/vexatiouslitigants.asp. *See Merritt v. Davis*, No. 05-13-00819-CV, 2013 WL 4459024, at *1 n.1 (Tex. App.—Dallas Aug. 19, 2013, no pet.) (mem. op.); *Douglas v. Am. Title Co.*, 196 S.W.3d 876, 878 n.2 (Tex. App.—Houston [1st Dist.] 2006, no pet.).

is attempting to appeal from a trial court order dismissing his suit for failure to obtain a pre-filing order from the local administrative judge. Tex. Civ. Prac. & Rem. Code Ann. § 11.101(a) (West Supp. 2013). Likewise, appellant has failed to obtain a pre-filing order before filing this appeal, despite our January 13, 2014 notice giving him ten days to obtain such an order or face dismissal. *See id.* § 11.103(a) (West Supp. 2013).

Section 11.103(a) of the civil practice and remedies code provides that "a clerk of a court may not file a litigation, original proceeding, appeal, or other claim presented, pro se, by a vexatious litigant subject to a prefiling order under Section 11.101 unless the litigant obtains an order from the appropriate local administrative judge . . . permitting the filing." *Id.* Appellant failed to obtain a pre-filing order from the local administrative judge before filing this appeal; he also failed to obtain such an order after notice from this court. Accordingly, we dismiss the appeal. *See id.*; Tex. R. App. P. 42.3(c); *In re Johnson*, No. 03-14-00006-CV, 2014 WL 411763, at *1 (Tex. App.—Austin Jan. 31, 2014, orig. proceeding) (mem. op.); *Kastner v. Fulco*, No. 01-13-00100-CV, 2013 WL 6157392, at *1–2 (Tex. App.—Houston [1st Dist.] Nov. 21, 2013, no pet.) (mem. op.); *Merritt v. Davis*, No. 05-13-00819-CV, 2013 WL 4459024, at *1 (Tex. App.—Dallas Aug. 19, 2013, no pet.) (mem. op.); *Minnfee v. Currietu*, No. 13-13-00246-CV, 2013 WL 2949348, at *1 (Tex. App.—Corpus Christi June 13, 2013, no pet.) (mem. op.); *Scott v. Morgan*, Nos. 14-12-00268-CV, 14-12-00269-CV, 2013 WL 2149805, at *1 (Tex. App.—Houston [14th Dist.] May 16, 2013, no pet.) (mem.

2

op.); *Minnfee v. Williams*, No. 09-12-00328-CV, 2012 WL 4713721, at *1 (Tex. App.—Beaumont Oct. 4, 2012, no pet.) (mem. op.).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  March 13, 2014